JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHLOE HARRIS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LOUIS DeJOY, POSTMASTER GENERAL,<br><br>　　　　Defendants. | Case No. 5:20-cv-01162-JGB-SPx<br><br>**FINAL JUDGMENT**<br><br>Trial:　　October 15, 2024<br>Ctrm:　　1<br><br>Hon. Jesus G. Bernal<br>United States District Judge |

1      This matter came on for trial on October 15, 16, 17, 18, and 21, 2024, before a
2  jury as to Plaintiff Chloe Harris's claims against Defendant Lewis DeJoy, Postmaster
3  General for (1) Race Discrimination in Violation of Title VII and (2) Retaliation in
4  Violation of Title VII, and before this Court as to Plaintiff's claims for (3) Violation of
5  the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 215(a)(3); (4) Violation of the
6  Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601, et seq.; and (5) Retaliation
7  in Violation of Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621 et
8  seq.
9      The matter having been duly tried, with the Court and jury having heard all the
10 testimony and considered all admissible evidence, as well as the arguments of counsel,
11 the Court now enters the following judgment.
12     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that in accordance
13 with the verdict issued by the jury in this action, judgment shall be entered in favor of
14 Defendant as to Plaintiff's claims for Race Discrimination in Violation of Title VII and
15 Retaliation in Violation of Title VII.
16     IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED that as
17 to Plaintiff's remaining claims for Violation of the FLSA, Violation of the FMLA, and
18 Retaliation in Violation of the ADEA, this Court enters judgment in favor of Defendant.
19     The Clerk of the Court is ORDERED to enter judgment in favor of Defendant on
20 all claims as detailed above and close this case.

Dated: November 13, 2024

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE